**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: AQUEOUS FILM–FORMING FOAMS
PRODUCTS LIABILITY LITIGATION                                                          MDL No. 2873

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –117)**

On December 7, 2018, the Panel transferred 75 civil action(s) to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 357 F.Supp.3d 1391 (J.P.M.L. 2018). Since that time, 283 additional action(s) have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable Richard M. Gergel.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Gergel.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of December 7, 2018, and, with the consent of that court, assigned to the Honorable Richard M. Gergel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: AQUEOUS FILM–FORMING FOAMS
PROTECTS LIABILITY LITIGATION                                MDL No. 2873

### SCHEDULE CTO–117 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 2 | 23–00024 | Mason et al v. 3M Company et al |
| ALN | 2 | 23–00035 | Davidson et al v. 3M Company et al |
| ALN | 2 | 23–00039 | Nylander et al v. 3M Company |
| ALN | 2 | 23–00040 | Shell v. 3M Company |
| ALN | 2 | 23–00043 | Monk et al v. 3M Company et al |
| ALN | 2 | 23–00044 | Ray et al v. 3M Company et al |
| LOUISIANA EASTERN | | | |
| LAE | 2 | 23–00053 | Chester, et al v. 3M Company, et al |
| MASSACHUSETTS | | | |
| MA | 1 | 23–10083 | Town of Holliston v. 3M Company, et al |
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 23–00246 | McHenry et al v. 3M Company (f/k/a Minnesota Mining and Manufacturing, Co) et al |
| NYS | 1 | 23–00252 | Garcia et al v. 3M Company et al |
| NYS | 1 | 23–00259 | Cadwalder et al v. 3M Company et al |
| NYS | 7 | 23–00240 | Saegertown Borough v. 3M Company et al |